```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**THOMAS LEE STONE**                                                **PLAINTIFF**

**v.**                       **Civil No. 06-2143**

**SHERIFF MIKE ALLEN;**
**and CHARLES WALL**                                              **DEFENDANTS**

## O R D E R

Now on this 13th day of September, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #26, filed August 22, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' Motion for Summary Judgment is hereby **granted in part and denied in part. The motion is granted with respect to Sheriff Mike Allen and all claims against him are dismissed.  The motion is denied with respect to plaintiff's claims against Charles Wall.**

**IT IS SO ORDERED.**

                                      **/s/Jimm Larry Hendren**
                                      **HON. JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**