IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THOMAS LEE STONE                                                                    PLAINTIFF

        v.                              Civil No. 06-2143

CHARLES WALL                                                                        DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Thomas Lee Stone filed this civil rights action pursuant to the 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

The case is scheduled for an evidentiary hearing on January 15, 2008. On November 13, 2007, the parties filed a joint motion to dismiss the case (Doc. 34). In the motion, the parties indicate they have reached a settlement agreement. They therefore ask that the case be dismissed with prejudice.

I recommend that the joint motion to dismiss be granted (Doc. 34) and the case be dismissed with prejudice. **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of November 2007.

                            /s/ *J. Marschewski*
                            HON. JAMES R. MARSCHEWSKI
                            UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)